UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA V. BELTRAN, MARIA MALDONADO, LEOPOLDO RIVERA-HERNANDEZ, ALEJANDRA SANCHEZ, CARLOS BRIONES-SALAS, and all others similarly situated under 29 U.S.C. § 216(b), | § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-522-B |
| SMILE MAGIC OF GARLAND PLLC, SMILE MAGIC OF DENTON PLLC, SMILE MAGIC OF LEWISVILLE PLLC, and E CHAD EVANS, | § § § § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal (doc. 29). After reviewing the Motion, the Court finds the Motion should be, and hereby is, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above-captioned case and any and all claims asserted therein by any party be, and hereby are, **DISMISSED with prejudice**, each party to bear its own costs, expenses and attorney's fees.

SO ORDERED.

SIGNED: April 18, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE